

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:25mj233
Court Date: December 3, 2025

LEIGH ANNE VICKERS

### CRIMINAL INFORMATION

#### COUNT ONE

Misdemeanor - Violation No. E2351047

THE UNITED STATES ATTORNEY CHARGES:

On or about September 25, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, LEIGH ANNE VICKERS, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

#### COUNT TWO

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

On or about September 25, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, LEIGH ANNE VICKERS, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: *Ashley J. Young*
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Ashley.Young@usdoj.gov


CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Ashley.Young@usdoj.gov


**23 October 2025**
Date